## JACKSON v. THE STATE.

(Decided May 14, 1914.)

APPEAL from Montgomery City Court.

Heard before Hon. ARMSTEAD BROWN.

No counsel marked for appellant. R. C. BRICKELL, Attorney General for the State.

Per curiam. Appeal dismissed.

---

## JACQUES v. TAYLOR.

(Decided April 21, 1914.)

APPEAL from Jefferson Circuit Court.

Heard before Hon. C. B. SMITH.

No counsel marked for appellant. R. D. COFFMAN, for appellee.

Per curiam. Appeal dismissed.

---

## JEFFERSON COUNTY v. TERRY.

(Decided April 21, 1914.)

APPEAL from Birmingham City Court.

Heard before Hon. H. A. SHARPE.

W. K. TERRY, for appellant. JOHN W. ALTMAN, for appellee.

Per curiam. Appeal dismissed.

---

## JAMES v. THE STATE.

(Decided June 4, 1914.)

APPEAL from Anniston City Court.

Heard before Hon. THOMAS W. COLEMAN, JR.

No counsel marked for appellant. R. C. BRICKELL, Attorney General for the State.

Per curiam. Appeal dismissed.